IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

        Case No. 10-cv-757-wmc

v.

CARRIE M. MONTERO, individually and
d/b/a RUDY'S LA PARRILLA FIRE PIT
MEXICAN RESTAURANT AND BAR,

        Defendant.

---

JUDGMENT IN A CIVIL CASE

---

    This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff J & J Sports Productions, Inc. against defendant Carrie M. Montero, individually and d/b/a Rudy's La Parrilla Fire Pit Mexican Restaurant and Bar in the amount of $4,593.00.

_____
Peter Oppeneer, Clerk of Court

_____3/16/11_____
Date